# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA M. DELAUGHTER

NO. 2025 KW 0824

**NOVEMBER 3, 2025**

---

In Re:   Joshua M. Delaughter, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 4996-F-2023.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** The record of the St. Tammany Parish Office of the Clerk of Court shows that on October 1, 2025, the district court denied relator's *pro se* motion to quash. Accordingly, the request for mandamus relief is moot.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT